UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
FILED          RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

JUL - 7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES EARL BRITT, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:11-cr-00233-GMN-PAL-1 |

### ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on July 10, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on August 10, 2017.

**DATED** this _13_ day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize_____ to retrieve *Plaintiffs's/Defendant's* exhibits.
　　　　　　　　(name)　　　　　　　　　　　　　　　　　　　(circle one)

Dated:_____　　　_____
　　　　　　　　　　　　　　　　　Signature of counsel

Plaintiff's exhibits received by: _Mary Coffman_   Date: _7-7-17_

Defendant's exhibits received by: _____   Date:_____